IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| JAMES M. WHITE | PLAINTIFF/COUNTER-DEFENDANT |
| VS. | CIVIL ACTION NO. 3:06CV163LS |
| JACKSON PAPER COMPANY | DEFENDANT/COUNTER-DEFENDANT |

## ORDER

This matter came before the court on the Defendant's Motion to Consolidate, by which it seeks a consolidation of this case with the cause of action styled *James M. White v. W. T. Galyean, William B. Allen and Jackson Paper Company*, Civil Action No. 3:06cv351LS.  A Motion to Remand has been filed in the second case, and it was recently stayed pending the resolution of that Motion.  Therefore, consolidation would not be appropriate at this time, and the Motion must be denied.  The denial is without prejudice to the Defendant's right to renew this request if the Motion to Remand is denied.

IT IS, THEREFORE, ORDERED that the Defendant's Motion to Consolidate is hereby **denied**.

IT IS SO ORDERED, this the 15th day of August, 2006.

S/James C. Sumner<br>
UNITED STATES MAGISTRATE JUDGE